866 F.2d 838
 49 Empl. Prac. Dec. P 38,677
 Stanley SMOLAREK (86-2074), Ralph Fleming (87-1387),
Plaintiffs-Appellants,
v.
CHRYSLER CORPORATION, etc., et al., Defendants-Appellees.
 Nos. 86-2074, 87-1387.
 United States Court of Appeals,
Sixth Circuit.
 Jan. 24, 1989.
 
 Prior report: 6th Cir., 858 F.2d 1165.
 Before ENGEL, Chief Judge, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.